VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero St
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902
E-mail: vsantos@santoslg.com

Attorney for SUNITA SINGH

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SUNITA SINGH,<br><br>                Defendant. | Case No.: 1:1500045 LJO<br><br>**STIPULATION AND ORDER TO PERMIT INTERNATIONAL TRAVEL FOR FUNERAL** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND HENRY Z. CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, SUNITA SINGH, by and through his attorney of record, Virna L. Santos, hereby requesting Mrs. Singh be permitted to travel New Delhi, India from February 8, 2019 until March 1, 2019 for the purpose of delivering her deceased husband's ashes to his birthplace to be scattered in accordance with Hindu tradition. (See Exhibit 1, Copy of travel itinerary.) Mrs. Singh, who is undergoing cancer treatment, will be accompanied by

her two sisters, Sunen Devi and Shakuntla Devi.

This travel is necessary to honor a Hindu tradition that requires that the deceased person's oldest son deliver the ashes to the homeland to be scattered in sacred body of water. Mr. Singh's only son, Praveen Singh, is unable to travel due to the charges pending against him in this case. Mrs. Singh has no travel restrictions but seeks the Court's permission to do so with AUSA Henry Z. Carbajal's acquiescence.

**IS SO STIPULATED.**

                                                  Respectfully Submitted,

DATED: February 6, 2019                /s/ Virna L. Santos
                                                  VIRNA L. SANTOS
                                                  Attorney for Defendant Sunita Singh

DATED: February 6, 2019                /s/ Henry Z. Carbajal
                                                  HENRY Z. CARBAJAL
                                                  Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15CR00045 LJO |
| Plaintiff, | **ORDER AUTHORIZING INTERNATIONAL TRAVEL FOR FUNERAL** |
| v. | |
| SUNITA SINGH, | |
| Defendant. | |

## ORDER

Upon a showing of good cause and pursuant to the parties' stipulated request for an order authorizing defendant Sunita Singh's travel to New Delhi, India for the purpose of delivering her husband's ashes in accordance with Hindu tradition, the court hereby GRANTS the requested authorization. The defendant's is permitted to travel to New Delhi, India from February 8, 2019 to March 1, 2019.

IT IS SO ORDERED,

Dated:   **February 7, 2019**                    **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES CHIEF DISTRICT JUDGE