MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
VINCENTE A. TENNERELLI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUNITA SINGH<br><br>Defendant. | CASE NO. 1:15-CR-00045-LJO-SKO<br><br>APPLICATION TO MODIFY SUPERSEDING INDICTMENT AND DISMISSAL OF SUPERSEDING INDICTMENT<br><br>DATE: TBA<br>TIME: TBA<br>COURTROOM: FOUR |

APPLICATION TO DISMISS SUPERSEDING INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through McGregor W. Scott, the United States Attorney for the Eastern District of California, and Assistant United States Attorneys, Henry Z. Carbajal III and Vincente A. Tennerelli, hereby seeks leave of court to file a dismissal without prejudice and in the interest of justice the Superseding Indictment against, and only against, Sunita Singh and Counts One, Two,

///

1

and Twelve as to, and only as to, Sunita Singh, in Case No. 15-cr-00045 LJO.

Dated: July 25, 2019                                MCGREGOR W. SCOTT
                                                    United States Attorney

                                          By:       /s/HENRY Z. CARBAJAL III
                                                    HENRY Z. CARBAJAL III
                                                    Assistant U.S. Attorney

### DISMISSAL OF SUPERSEDING INDICTMENT

By leave of court, and pursuant Federal Rule of Criminal Procedure 48(a), the United States Attorney dismisses without prejudice the Superseding Indictment in this matter against, and only against, Sunita Singh and Counts One, Two, and Twelve as to, and only to, Sunita Singh, in Case No. 15-cr-00045 LJO.

Dated: July 25, 2019                                MCGREGOR W. SCOTT
                                                    United States Attorney

                                          By:       /s/HENRY Z. CARBAJAL III
                                                    HENRY Z. CARBAJAL III
                                                    Assistant U.S. Attorney

### ORDER

IT IS SO ORDERED, that upon application of the United States Attorney and in the interest of justice, the United States Attorney dismisses without prejudice the Superseding Indictment in this matter against, and only against, Sunita Singh and Counts One, Two, and Twelve as to, and only as to, Sunita Singh, in Case No. 15-cr-00045 LJO.

IT IS SO ORDERED.

Dated:   **July 26, 2019**                  _____/s/ Lawrence J. O'Neill_____
                                            UNITED STATES CHIEF DISTRICT JUDGE